COPY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:    541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

NOV 29 2000

at 10 o'clock and 50 min __M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00-00456 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | 21 U.S.C. § 860(a) |
| ELAINE MAILE SILVA, ) | |
| Defendant. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about October 17, 2000, within the District of Hawaii, ELAINE MAILE SILVA, did knowingly and intentionally possess with intent to distribute and distribute methamphetamine, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a school or playground.

In violation of Title 21, United States Code, Section 860(a).

## COUNT 2

The Grand Jury further charges that:

On or about October 23, 2000, within the District of Hawaii, ELAINE MAILE SILVA, did knowingly and intentionally possess with intent to distribute and distribute methamphetamine, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a playground.

In violation of Title 21, United States Code, Section 860(a).

DATED: __Nov 29__, 2000 at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

United States v. Elaine Maile Silva
"Indictment"